

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| vs. | § CRIMINAL ACTION NO.: 4:97-00084-MGL |
| | § |
| JOHN ANTHONY FRILANDO, | § |
| Defendant. | § |

**ORDER DENYING MOTION FOR RECONSIDERATION
AND PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Pending before the Court are Defendant John Anthony Frilando's (Frilando) pro se motion for reconsideration of the Court's order denying his motion to vacate and pro se petition for writ of habeas corpus ad testificandum. As the Court easily determines the motion and petition lack merit, it refrains from requiring a response from the government or the United States Probation Office (USPO).

First, Frilando's motion for reconsideration merely rehashes his previous arguments; he presents no persuasive reason why the Court should have vacated the warrant in this case. Accordingly, the Court will deny the motion.

Second, Frilando's petition seeks an order requiring his transfer to the United States Marshal Service so that he may appear for a hearing to adjudicate the pending supervised release violations in this case that gave rise to the warrant.

Such an order would waste government resources. The Court will adjudicate Frilando's alleged supervised release violations after he has served his state sentence.

Therefore, having carefully considered the motion, the petition, the record, and the relevant law, it is the judgment of the Court Frilando's motion for reconsideration, ECF No. 212, and petition for writ of habeas corpus ad testificandum, ECF No. 215, are **DENIED**.

**IT IS SO ORDERED.**

Signed this 15th day of December 2022, in Columbia, South Carolina.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE